# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**COREY D. BUTLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1384

[August 20, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan L. Alspector, Judge; L.T. Case Nos. 19-02531CF10A and 21-05088CF10A.

Corey D. Butler, Miami, pro se.

James Uthmeier, Attorney General, Tallahassee, and Lindsay A. Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State,* 411 So. 3d 392 (Fla. 2025), *cert. denied sub nom. Wainwright v. Florida,* No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025) (holding that even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

KUNTZ, C.J., GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***